IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE DAVID MARSHALL GATES, | ) ) ) ) ) ) ) ) | No. C 11-04340 EJD (PR)<br><br>ORDER OF DISMISSAL |
| Plaintiff. | | |

On August 31, 2011, Plaintiff, a prisoner at the California Medical Facility in Vacaville, filed a document in this Court which appeared to address prison conditions. The same day, the Clerk of the Court sent a notification to Plaintiff that he must file a proper complaint within thirty days to avoid dismissal of the action. (Docket No. 3.) The Clerk also sent a separate notice that Plaintiff did not pay the filing fee or file an In Forma Pauperis ("IFP") Application, and that he must do so within thirty days to avoid dismissal of the action. (Docket No. 2.) The deadline has since passed, and Plaintiff has not filed a complaint, nor has he paid the filing fee or filed an IFP application.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: October 24, 2011

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
04340Gates_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE DAVID MARSHALL GATES,

    Plaintiff.

Case Number: CV11-04340 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/24/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Marshall Gates J-60908
California Medical Facility
P. O. Box 2000
Vacaville, CA 95696

Dated: 10/24/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk